**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**vs.**                                                            **Case No. 6:22-cr-116-WWB-EJK**

**CARLOS FERRER**
_____

**APPENDIX**
================================================================

Allocution ........................................................................................................A
Carlos Ferrer's Allocution...........................................................................A-1

Letters of Support ...........................................................................................B
Carlos Daniel Ferrer, Son ..............................................................................B-1
Bisael Nathaniel Ferrer, Son.........................................................................B-2
Joyce Jimenez, Friend ...................................................................................B-3

Military Awards and Decorations...................................................................C
Completion of Basic Training, 2008 ..............................................................C-1
Certificate of Achievement for Exceptional Performance, 2009 ...................C-2
Certificate of Achievement for Commandant's List, 2009 ............................C-3
Certificate of Affiliation, 2009 ........................................................................C-4
Certificate of Wartime Service, 2009.............................................................C-5
Financial Management School Diploma, 2009................................................C-6
The Army Achievement Medal, 2010 .............................................................C-7
The Army Commendation Medal, 2010 ..........................................................C-8
Certificate of Completion Global Assessment Tool, 2011 .............................C-9
Certificate of Training Electronic Devices, 2011............................................C-10
United States Joint Forces Command, OPSEC Training, 2011 .....................C-11
The Army Achievement Medal, 2012..............................................................C-12
Certificate of Appreciation .............................................................................C-13
Certificate of Achievement.............................................................................C-14
Combat Patch Certificate ...............................................................................C-15
Combat Patch Certificate ...............................................................................C-16
Certificate of Release or Discharge from Active Duty, DD-214.....................C-17

Photographs ..................................................................................................D
United States Army Veteran  ............................................................................D-1
Mr. Ferrer and Family .....................................................................................D-2
Community Service Fundraiser (Hurricane Maria).................................................D-3

Today, I come before this Court, the United States of America, my family members and the victims. I offer my deepest apologies to you all. I am really sorry for all the pain and suffering that my misconduct may have brought upon you all.

I regret my actions every single day. This experience has taught me how a bad decision can change one's life and the life of others. I take full responsibility for my actions and again, I sincerely apologize.

I come from a hard-working, low income family in Puerto Rico. My father, Jose, was self-employed. My mother, Mercedes, was a nurse. I, along with my brother Jose and my sister Lisandra, were raised in a home, with loving and caring parents. My parents taught me to work, have values and be a good person. They also taught me the importance of having an education. Since I was around 10 years old. I worked with my father and grandfather, from cleaning bathrooms to customer service. My compensation at the end of the day was a lesson on how to work hard and of course, a bag of chips and a soda. I am grateful for that lesson.

After I graduated from high school, I went on to attend college. This is where I met my wife and mother of my children.

In 2008, an Army recruiter offered me the great opportunity to serve the biggest and greatest armed forces in the whole world. I served this great country living up to the seven Army values, which are: Loyalty, Duty, Respect, Selfless Service, Honor, Integrity, and Personal Courage. I had an E4 rank. Active duty, from 2008 to 2012. Reserve, from 2012 to 2016. I served one tour to Iraq, Operation Iraqi Freedom 2009 to 2010. My duties, as a Financial Management Technician (MOS 36B) position in the Army, that is in control of finances and budgeting, as well as data analytics. I gratefully devoted my time and sacrifices to this country, always with honor and pride.

I humbly regret the decisions that I have made, but I want to be able to move forward and become a better man, a better husband, a better father for my family and a better citizen for this country.

Carlos Ferrer

April 29, 2024

U.S. District Judge Wendy W. Berger
401 West Central Boulevard
Orlando, FL 32801

Dear Judge Berger:

My name is Carlos Daniel Ferrer and I am Carlos Ferrer's oldest son. I want to take a few minutes of your time to tell you about my great father.

Your honor, I have so much to say about my father that I would probably need a book to say it all, but I am going to keep it short and simple. My father has been the greatest father, ever. I think every boy deserves to have a positive male role model and my father is just that. He has always been there for me and my other brothers. He has always worked hard, not for himself, but for all of us. He has really been my rock and I am completely grateful for the way he has been. His focus has always been to give my brothers and I a better future. He has a great disposition, always smiling and easy to talk to. He also has the big bear hugs where you feels warm and secure with him.

He was always there for all of us, he was caring, respectful, loving, funny and best dad anyone could ever want. He has shown my brothers and I that drugs and alcohol have no place in our house. Watching and listening to my dad has taught me that principle of hard work, positive attitude and kindness will always have good results.

I see him with my baby girl, █████████████to, who is 3 year old and it makes me smile. I see the love in her eyes when she looks at him. He loves to watch and play with his first grand daughter. They have so much fun together and I know he can't wait to watch her grow up.

Words cannot describe how great this man is and I will always have the fullest respect and love for my father.

Thanks.

Sincerely
Carlos Daniel Ferrer

B-2

April 29, 2024

U.S. District Judge Wendy W. Berger
401 West Central Boulevard
Orlando, FL 32801

Dear Judge Berger:

My name is Bisael Nathaniel Ferrer Montes and I am Carlos Ferrer's middle
son. There's a lot of things I could sit here and say about my great and
amazing father.

There has never been a time my father hasn't been there for our family. If
anyone could use someone that they can look up to in order to better their
selves in life and as a person in general, my dad is the correct human being to
look up to not just a family's protector but as a father, grandfather and as a
person in general. My father has always made sure that my brothers and I are
self-oriented, smart, kind and very helpful human beings. My father is our role
model and this is who we have looked up to our whole lives and because of
him, we are the men that we've become today and I will never take for granted
every little thing he has done for us. Whenever I needed any type of advice,
there is no one else better to talk to than my father. He makes sure my
brothers and I follow the right path and don't fall into any negative things in
life. The way he has always been with us and the way he is now with my niece
and nephew, I already know I am looking up to the right person and that one
day I will be same way he is as a father and grandfather or even better than he
is because I know that is something he will say for wanting better for my
brothers and myself. He is the most loving, respectful and caring person and I
would never in a lifetime change anything about my father because he is
perfect the way he is. I will love forever love my dad, respect him and care for
him till the day I leave this earth.

Thank you.

Sincerely,
Bisael Nathaniel Ferrer Montes

04/29/2024

Honorable Wendy W. Berger
United States District Judge
U.S. Courthouse
401 West Central Blvd
Orlando, Florida 32801

Re:    United States V. Carlos Ferrer

Dear Judge Berger:

My name is Joyce Jimenez, I am the Senior Operations Specialist for Waste Management, I started off as a Scale Operator for more than 10 years and moved up in the company through hard work and perseverance.

I met Carlos Ferrer over 20 years ago when he and my youngest sister were in college and dating. After dating a while they decided to get married and of course, I was asked to be the Maid of Honor to their wedding. I was so proud of them and proud that he was going to be a part of our family. He is like a brother to me. I have always known him to be a man of principles, he doesn't drink or smoke or hang out with friends. He's completely dedicated to his children and wife. He loves helping others, especially family. He's helped me in so many occasions.

I remember one time I was left without a car to drive for work and didn't have the funds to buy another car. He knew of my situation and offered to pay the down payment for a new car to help me and never asked me to pay it back because that's the kind of man he is. without his help I would have lost my only source of income at the time because I was driving for a living. There has been so many more times that he has helped me and my children. For that I am forever grateful to him.

If Carlos Ferrer (my brother) loses his freedom it will hurt the whole family especially his three sons that two of them still live at home and are totally dependent on him. I have so much love and appreciation for him. I know very well he is remorseful for any wrong he my have caused. I have seen him cry, I know his heart. He's a very kind hearted man. We all love him so much. Especially his elderly sick mother whom he had living with him for a while and took care of her and her needs.

Respectfully,
Joyce Jimenez



# United States Army Training Center



### Fort Jackson, South Carolina
### 193rd Infantry Brigade
### This certificate is presented to

# SPECIALIST CARLOS FERRERBERDECIA

## F Company, 2nd Battalion, 13th Infantry Regiment
## For Successful Completion of Basic Training
## given this 26th day of November 2008

**MICHAEL CLARK**
CPT, AV
Commanding

**MICHAEL N. DAVEY**
LTC, IN
Commanding

FJ Form 8-1
1 May 07



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO
SPECIALIST CARLOS FERRER
ALPHA COMPANY, 369TH ADJUTANT GENERAL BATTALION

FOR EXCEPTIONAL PERFORMANCE AS THE SOLDIER THAT BEST EPITOMIZED THE SEVEN ARMY VALUES DURING ADVANCED INDIVIDUAL TRAINING.  SPECIALIST FERRER'S PERFORMANCE LED TO HIS CADRE AND PEERS SELECTING HIM AS THE CLASS VALUES LEADER.  HIS DEMONSTRATION OF ARMY VALUES REFLECTS HIGHLY ON HIM, THE 369TH ADJUTANT GENERAL BATTALION, AND THE UNITED STATES ARMY.

Given at Fort Jackson, South Carolina, this 12th day of February 2009.

DAVID L. WOOD
LTC, AG
Commanding

DA FORM 2442, 1 JUN 61

C - 3




# United States Army
# Financial Management School
## Fort Jackson, South Carolina

# Certificate of Achievement

### is awarded to

## *SPC CARLOS A. FERRER*

███████

### For

Achieving "Commandant's List" status in Financial Management Specialist Course # 007-09.  During the period 1 December 2008 through 12 February 2009, Specialist Ferrer excelled in all areas of academic instruction and attained an overall course average of 95.53 percent.  His performance in this highly technical environment demonstrates his ability to quickly grasp new concepts and ideas.  Specialist Ferrer's accomplishment reflects great credit upon him, the U.S. Army Financial Management School, and the U.S. Army Soldier Support Institute.

### Given at Fort Jackson, South Carolina, this *12th* day of *February, 2009*

_____
T.A. CLAY
Colonel, FC
Commandant

FJ FORM 350-100-134, JAN 07
(ATSG-FS).



# *Certificate of Affiliation*

*To all who see these presents, Greetings:*
*In order to promote*
*the lineage, honor, and tradition of the*
*U.S. Army Finance Corps,*
*with a heritage commencing with the*
*appointment of the first*
*Paymaster General on 16 June 1775,*
*be it known that*

## *SPC CARLOS A. FERRER*

*is a member of the Finance Corps (Regiment)*

*of the United States Army*

*as of this* 12th *day of* FEBRUARY 20 09



**CHIEF OF THE CORPS**

FJ FORM 350-100-13, MAR 95
(ATSG-FC)

# OPERATION IRAQI FREEDOM

## OIF 09-11

## CERTIFICATE OF WARTIME SERVICE

*To all who see this present greeting, let it be resolved that*

# CPL  CARLOS FERRERBERDECIA

*Served with distinction and honor with the 15th Sustainment Brigade, Wagonmasters, deployed overseas in support of Operation Iraqi Freedom 09-11 and is hereby authorized to wear the right shoulder sleeve insignia, indicating wartime service with the 15th Sustainment Brigade, Wagonmasters.*

*5 October 2009*

*"Support the Action"*



Nathaniel J. Bartee
CSM, USA
Command Sergeant Major

Lawrence P. Phelps
Colonel, LG
Commanding

C - 6




# United States Army
# Financial Management
# School

### To all who shall see these presents greeting.

Be it known that   **SPC CARLOS A. FERRER-BERDECIA** ███████

having successfully fulfilled the requirements of the School

has been declared a Graduate of the

FINANCIAL MANAGEMENT TECHNICIAN COURSE
01 DEC 08 THRU 12 FEB 09

### In testimony whereof we do confer this

# Diploma

Given at Fort Jackson, South Carolina, this   12TH   day of   FEBRUARY 2009

_____
**DEPARTMENT DIRECTOR**

_____
**COMMANDANT**

FJ FORM 350-100-22, JAN 07
(ATSG-FMS)



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

**TO**   CORPORAL CARLOS A. FERRERBERDECIA
BRAVO DETACHMENT, 15TH FINANCIAL MANAGEMENT COMPANY

**FOR**   ACHIEVEMENT WHILE SERVING AS A VOLUNTEER IN THE DISASTER RELIEF
IN SALADO, TEXAS. HIS EXCEPTIONAL PERFORMANCE, DEDICATION TO THE
COMMUNITY AND SELFLESS SERVICE REFLECTS GREAT CREDIT UPON
HIMSELF, BRAVO DETACHMENT, 15TH FINANCIAL MANAGEMENT COMPANY,
BRIGADE TROOPS BATTALION, 4TH SUSTAINMENT BRIGADE AND THE
UNITED STATES ARMY.

FROM 11 SEPTEMBER 2010 TO 12 SEPTEMBER 2010

28th            SEPTEMBER            2010

Permanent Orders # 271-09



Headquarters, BTB, 4SB
Ft Hood, TX 76544

JOHN J. HICKEY III
LTC, LG
Commanding

DA FORM 4980-18, NOV 97



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

**CORPORAL CARLOS A. FERRERBERDECIA
15TH FINANCE BATTALION, DETACHMENT B
15TH SPECIAL TROOPS BATTALION**

FOR EXCEPTIONALLY MERITORIOUS SERVICE DURING OPERATION IRAQI FREEDOM.  CPL FERRERBERDECIA'S OUTSTANDING DEDICATION TO DUTY DURING COMBAT OPERATIONS IN IRAQ CONTRIBUTED TO THE OVERWHELMING SUCCESS OF THE COMMAND'S MISSION.  HIS ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HIMSELF, 15TH FINANCE BATTALION, DETACHMENT B, 15TH SPECIAL TROOPS BATTALION, 15TH SUSTAINMENT BRIGADE, AND THE UNITED STATES ARMY.

FROM 23 JULY 2009 TO 22 JULY 2010

GIVEN THIS 11TH DAY OF MARCH 2010

PO #: 070-009A,  11 MARCH 2010
HQs, 15TH SUSTAINMENT BRIGADE
Q-WEST BASE COMPLEX, IRAQ
APO AE  09351



LAWRENCE P. PHELPS
COL, LG
COMMANDING

DA FORM 4980-14, NOV 97

C-9

# Certificate of Completion

## Carlos Ferrerberdecia

*Has completed the*

## Global Assessment Tool (GAT)

G-3/5/7, DAMO-CSF

Completed on: March 11, 2011

C-10



# Chief Information Officer/G6
# United States Army



# CERTIFICATE OF TRAINING

This is to certify that

## Carlos Ferrer

has successfully completed the

## WNSF - Portable Electronic Devices and Removable Storage Media

## May 10, 2011



LeRoy Lundgren
Deputy, Cyber Directorate, CIO/G6

**WRMH-IATP-2B7A00489**



# United States Joint Forces Command

## *CARLOS FERRER*

**has successfully completed**

## **OPSEC Training**

- Joint Certified -

IAW CJCSM 3500.03A

**02/11/2011**

*Mr. Joe Camacho,  GS-15*
*Joint Knowledge Development and Distribution Capability*
*Program Manager*

C - 1 2



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

**SPECIALIST CARLOS A. FERRERBERDECIA**

**TO**   **15TH FINANCIAL MANAGEMENT COMPANY, 4TH SPECIAL TROOPS BATTALION**

**FOR** meritorious service while assigned as a Financial Management Analyst for Charlie Detachment, 15th Financial Management Company. Specialist Ferrer's dedication to duty and mission accomplishment contributed greatly to the success of the detachment's mission. His efforts reflect great credit upon himself, 15th Financial Management Company, 4th Special Troops Battalion, 4th Sustainment Brigade, and the United States Army.

28 February 2009 to 1 June 2012

THIS 20TH DAY OF JULY 2012

Permanent Order # 202-01
4th Special Troops Battalion
Fort Hood, Texas 76544

ANGELIA K. HOLBROOK
LTC, AG
Commanding

DA FORM 4980-18, NOV 97

C- 1 3

# 15ᵗʰ Special Troops Battalion

## CERTIFICATE OF APPRECIATION

### IS PRESENTED TO

## CPL Carlos Ferrer

FOR OUTSTANDNG ACHIEVEMENT DURING THE 125TH FINANCIAL MANAGEMENT COMPANY STAFF ASSISTANCE VISIT. CPL CARLOS FERRER CONTRIBUTED TO THE DETACHMENT RECEIVING AN OVERALL OUTSTANDING JOB KNOWLEDGE. CPL FERRER'S PERFORMANCE SIGNIFICANTLY CONTRIBUTED TO THE DETACHMENT'S FINANCIAL MANAGEMENT READINESS AND REFLECTS GREAT CREDIT UPON HIIMSELF, B DETACHMENT 15TH FINANCIAL MANAGEMENT COMPANY, 125TH FINANCIAL MANAGEMENT COMPANY, 15TH SPECIAL TROOPS BATTALION, AND THE UNITED STATES ARMY.

**CLARENCE MILLER JR**
**CSM, USA**

**PAULA C. LODI**
**LTC, MS**
**Commanding**



# 15th Special Troops Battalion

## CERTIFICATE OF ACHIEVEMENT

### IS PRESENTED TO

# SPC CARLOS FERRER

FOR OUTSTANDING ACHIEVEMENT DURING THE 125TH FINANCIAL MANAGEMENT COMPANY STAFF ASSISTANCE VISIT. SPC CARLOS FERRER CONTRIBUTED TO THE DETACHMENT RECEIVING AN OVERALL COMMENDABLE RATING DEMONSTRATING DEDICATION TO DUTY AND OUTSTANDING JOB KNOWLEDGE. SPC FERRER'S PERFORMANCE SIGNIFICANTLY CONTRIBUTED TO THE DETACHMENT'S FINANCIAL MANAGEMENT READINESS AND REFLECTS GREAT CREDIT UPON HIMSELF, B DETACHMENT 15TH FINANCIAL MANAGEMENT COMPANY, 125TH FINANCIAL MANAGEMENT COMPANY, 15TH SPECIAL TROOPS BATTALION AND THE UNITED STATES ARMY.

*Clarence Miller Jr*

**CLARENCE MILLER JR**
**CSM, USA**

**PAULA C. LODI**
**LTC, MS**
**Commanding**

C - 1 5



# COMBAT PATCH CERTIFICATE

IS

PRESENTED





TO

## CPL CARLOS FERRER

IN ACCORDANCE WITH COALITION FORCES LAND COMPONENT COMMANDER (CFLCC) POLICY MEMORANDUM 06-08, PARAGRAPH 4, AND ARMY REGULATION 670-1, APPENDIX F, YOU ARE AUTHORIZED TO WEAR SHOULDER SLEEVE INSIGNIA FOR WARTIME SERVICE OTHERWISE KNOWN AS THE COMBAT PATCH, FOR YOUR PARTICIPATION IN A COMBAT ENVIRONMENT IN SUPPORT OF OPERATION IRAQI FREEDOM.

THE PATCH AND SYMBOLISM:
ON A VERTICAL RECTANGLE EMBROIDERED ITEM, DIAGONALLY DIVIDED BLUE AND RED FROM UPPER TO LOWER LEFT AND ARCHED OUTWARDLY AT THE TOP, A WHITE LIGHTNING BOLT ISSUING FROM UPPER RIGHT TO LOWER LEFT BETWEEN A WHITE COMPASS ROSE ABOVE A WHITE DEPLOYED PARACHUTE BELOW. THE RED, WHITE, AND BLUE COLORS SYMBOLIZE THE NATIONAL COLORS AND RECALL THE CONCEPTION AND ACTIVIATION IN THE 82ND AIRBORNE DIVISION AND THE FIFTY YEARS OF LINEAGE TO THE DIVISION. THE COMPASS ROSE DENOTES THE BRIGADE'S DIRECTION OF MAINTAINING AND PROTECTING THE NATION'S SECURITY. THE LIGHTNING BOLT REPRESENTS THE POWER AND SWIFTNESS OF THE UNIT TO DEPLOY. THE DEPLOYED PARACHUTE SYMBOLIZES THE AREA OF OPERATION THAT THE BRIGADE SUPPORTS.

*"All the Way...Airborne!"*

*Joint Base Balad, Iraq*

SAMUEL M. PLOTNICK
1SG, USA
FIRST SERGEANT

KENNETH G. HECKEL
MAJ, FC
COMMANDING



# COMBAT PATCH CERTIFICATE



IS

PRESENTED

TO

## CPL CARLOS A. FERRERBERDECIA

IN ACCORDANCE WITH COALITION FORCES LAND COMPONENT COMMANDER (CFLCC) POLICY MEMORANDUM 06-08, PARAGRAPH 4, AND ARMY REGULATION 670-1, APPENDIX F, YOU ARE AUTHORIZED TO WEAR SHOULDER SLEEVE INSIGNIA FOR WARTIME SERVICE OTHERWISE KNOWN AS THE COMBAT PATCH, FOR YOUR PARTICIPATION IN A COMBAT ENVIRONMENT IN SUPPORT OF OPERATION IRAQI FREEDOM 08-10.

THE PATCH:
ON A BUFF VERTICAL RECTANGULAR EMBROIDERED DEVICE, ARCHED CONVEXLY AT TOP AND BOTTOM, A RED WEDGE-SHAPE ISSUING FROM THE BOTTOM TO THE MIDDLE OF THE DEVICE, BELOW A BLUE CHEVRON . EMBATTLED ON THE TOP, OVERALL A DIAGONALLY CROSSED WHITE BATTLE-AX, BLADE UP AND POINTING OUT AND A KEY, WARD UP AND POINTING OUT; ALL WITHIN A 1/8 INCH RED BORDER. OVERALL DIMENSIONS ARE 2 1/16 INCHES IN WIDTH AND 3 INCHES IN HEIGHT. SCARLET AND BUFF ARE THE COLORS TRADITIONALLY ASSOCIATED WITH SUSTAINMENT UNITS. THE RED WEDGE SYMBOLIZES SUPPORT. THE EMBATTLED CHEVRON, ILLUSTRATING THE MERLONS AND CRENELS OF A CASTLE, ALLUDES TO STRONG DEFENSE. THE CROSSED BATTLE-AX AND KEY DENOTES JOINT EFFORT TO PROVIDE WARRIOR AND LOGISTICAL SKILLS ON THE BATTLEFIELD.



HHC, 16TH STB



847TH HR CO



B CO 16TH STB

125TH FM CO

LTF-A 16TH STB

JOHNNY GODBEE
CSM, USA
COMMAND SERGEANT MAJOR

*"On Point!"*
**Q-West Base Complex, Iraq**

CHRISTOPHER H. CHUN
LTC, MS
COMMANDING

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) FERRERBERDECIA, CARLOS ANTON | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/RA | 3. SOCIAL SECURITY NUMBER ▓▓▓ |
|---|---|---|

| 4a. GRADE, RATE OR RANK SPC | b. PAY GRADE E04 | 5. DATE OF BIRTH (YYYYMMDD) ▓▓▓ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20160827 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY FORT BUCHANAN, PUERTO RICO | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) ▓▓▓ |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND 0015FIBN DET C FC | b. STATION WHERE SEPARATED FORT HOOD, TX 76544-5056 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED USAR CON GP (REINF) 1600 SPEARHEAD DIVISION AVE, FT KNOX, KY 40122 | 10. SGLI COVERAGE ☐ NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 36B10 FINANCIAL MANAGEMENT - 3 YRS 7 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| | a. DATE ENTERED AD THIS PERIOD | 2008 | 09 | 17 |
| | b. SEPARATION DATE THIS PERIOD | 2012 | 09 | 16 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 0004 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 00 |
| | f. FOREIGN SERVICE | 0001 | 00 | 01 |
| | g. SEA SERVICE | 0000 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 0000 | 05 | 14 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2008 | 09 | 17 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL //NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//IRAQ CAMPAIGN MEDAL W/ CAMPAIGN STAR//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON// /MARKSMANSHIP BADGE W///CONT IN BLOCK 18 | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) COMBAT LIFE SAVERS CRS, 1 WEEK, 2011// FINANCIAL MANGEMENT SPECIALIST, 8 WEEKS, 2009//NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | | NO |
|---|---|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | YES | X | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: NA ) | | YES | X | NO |

| 16. DAYS ACCRUED LEAVE PAID 0.5 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | YES | NO |
|---|---|---|---|---|
| | | | | X |

18. REMARKS ////////////////////////////////////////////////////////////////
SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6 PERIOD OF DELAYED ENTRY PROGRAM: 20080828-20080916//SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN IRAQ 20090710-20100710//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE //CONT FROM BLOCK 13: RIFLE BAR//DRIVER AND MECHANIC BADGE W/DRIVER-WHEELED VEHICLE(S) CLASP//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) ▓▓▓ KISSIMMEE FLORIDA 34746 | b. NEAREST RELATIVE (Name and address - include ZIP Code) ORLANDO JIMENEZ ▓▓▓ MIAMI FLORIDA 33127 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) FL | OFFICE OF VETERANS AFFAIRS | X | YES | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | X | YES | NO |

| 21.a. MEMBER SIGNATURE ESIGNED BY: FERRERBERDEC IA.CARLOS.ANTON.13742965 62 | b. DATE (YYYYMMDD) 20120807 | 22.a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) ESIGNED BY: JEFFERSON.BRUCE.1011557933 BRUCE JEFFERSON, GS07, LEAD HR ASST TRANS CE | b. DATE (YYYYMMDD) 20120807 |
|---|---|---|---|

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE MBK | 27. REENTRY CODE 1 |
|---|---|---|

28. NARRATIVE REASON FOR SEPARATION
COMPLETION OF REQUIRED ACTIVE SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) CAF |
|---|---|

DD FORM 214, AUG 2009        PREVIOUS EDITION IS OBSOLETE.        MEMBER - 4
GENERATED BY TRANSPROC

# UNITED STATES ARMY VETERAN CARLOS FERRER



## CARLOS WITH HIS BELOVED FAMILY



D-3

# DONATION CENTER FOR HURRICANE MARIA VICTIMS



